NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARLENE ZIYA,**
*Plaintiff-Appellant,*

v.

**THOMAS/WRIGHT INCORPORATED,**
*Defendant-Appellee.*

AND

**BERNARDO B. SERNA, SUSAN LETENDRE, AND UNITED STATES,**
*Defendants-Appellees,*

AND

**GLOBAL LINGUISTIC SOLUTION,**
*Defendant-Appellee.*

---

2012-1563

---

Appeal from the United States District Court for the District of Oregon in case no. 11-CV-1398, Judge Michael W. Mosman.

---

**ON MOTION**

---

MARLENE ZIYA V. THOMAS/WRIGHT INCORPORATED          2

Before LINN, DYK, and WALLACH, *Circuit Judges.*

PER CURIAM.

## ORDER

Thomas/Wright Incorporated and the United States both move to dismiss this appeal for lack of jurisdiction. Marlene Ziya responds.

This appeal concerns an order of the United States District Court for the District of Arizona transferring Ziya's complaint to the United States District Court for the District of Oregon. Ziya's underlying complaint alleged various tort and contract claims against her employer, Thomas/Wright Incorporated, and various tort claims against employees of the United States. This is a court of limited jurisdiction. 28 U.S.C. § 1295. Because this case does not fall within our limited jurisdiction, the court deems it more appropriate to transfer the case and all pending motions to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The appeal and all pending motions are transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

| | |
|---|---|
| **OCT 1 6 2012** | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Marlene Ziya
    Garry S. Grossman, Esq.
    Kevin C. Danielson, Esq.

3            MARLENE ZIYA V. THOMAS/WRIGHT INCORPORATED

Corinne Anne Niosi, Esq.
Christie Kriegsfeld, Esq.

s26